FILED

2006 JUN 12 P 1:43

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**FRANK BIRD, JR.,**

    **Plaintiff,**

v.    Case No.: 3:05-cv-736-J-20MCR

**WAL-MART STORES EAST, L.P.,**
a foreign corporation,

    **Defendant.**

_____/

## ORDER

The Court, having been advised that the case has been settled in its entirety, in the above-captioned case, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED**. The Dismissal will be **WITHOUT PREJUDICE** for the first (30) days, during which time the parties may submit a stipulated form of final order should they so choose **or** provided good cause is shown, move to reopen the action. After the thirty day period, however, without further notice or order, this dismissal shall be deemed to be *with prejudice*. The Clerk shall close the file.

**DONE AND ENTERED** at Jacksonville, Florida, this 9th day of June, 2006.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:

C. Wayne Alford, Esq.
Gregory E. Blackwell, Esq.