UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

2006 JUN 15 A 10: 06

**FRANK BIRD, JR.,**

    **Plaintiff,**

v.                                           Case No.: 3:05-cv-736-J-20MCR

**WAL-MART STORES EAST, L.P.,**
a foreign corporation,

    **Defendant.**
_____/

## ORDER

Before the Court is the parties Joint Stipulated Motion for Entry of Final Order of Dismissal With Prejudice (Doc. No. 17, filed June 14, 2006). It is hereby Ordered that this case is **DISMISSED *WITH PREJUDICE*,** with each side agreeing to bear its own costs and attorneys' fees. The file shall remain closed.

**DONE AND ENTERED** at Jacksonville, Florida, this 15" day of June, 2006.

                                                         HARVEY E. SCHLESINGER
                                                         United States District Judge

**Copies to:**

C. Wayne Alford, Esq.
Gregory E. Blackwell, Esq.